FILED

2011 Sep-28  AM 10:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

**JUDY PARTRIDGE,**

    **Plaintiff,**

**v.**                                    **CASE NO. 5:10-cv-02428-AKK**

**TARGET CORPORATION,**

    **Defendant.**

## <u>MEMORANDUM OPINION AND ORDER</u>

The magistrate judge filed a report and recommendation on September 1, 2011 (doc. 26), recommending that defendant's motion for summary judgment (doc. 7) be GRANTED on the wantonness claim and DENIED as to her negligence claim.  The report also recommended that defendant's motion to strike (doc. 18) be DENIED. On September 16, 2011, defendant filed "Objections to Magistrate Judge's Report and Recommendation" (doc. 27).  The court will treat defendant's filing as a motion, or, in the alternative, as objections to the magistrate judge's report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by defendant, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.  To the extent that the

defendant's filing of September 16, 2011 (doc. 27) is construed as interposing objections to the report and recommendation, such objections are due to be and hereby are OVERRULED.  To the extent that the defendant's filing (doc. 27)  is construed as a motion, it is due to be and hereby is DENIED.  As a result, for the sound reasons articulated in the Magistrate's Report and Recommendation, defendant's motion for summary judgment (doc. 7) is GRANTED as it relates to plaintiff's wantonness claim and DENIED on the negligence claim.  Finally, defendant's motion to strike (doc. 18) is DENIED.

The court sets this matter for a pretrial conference at **9:30 a.m. on Wednesday, January 4, 2012,** and for trial at **9:00 a.m. on February 6, 2012, at the Federal Courthouse in Decatur, Alabama**.

Done the 28th day of September, 2011.


_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE